IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-65-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LARISSA LITTLE LIGHT, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 63), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Larissa Little Light's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 13th day of October 2017.

SUSAN P. WATTERS
United States District Judge